# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

HON. JANE M. BECKERING

DOUGLAS BIESKE,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

HON. MAG.
PHILLIP J. GREEN

Case No. 1:22-cv-1088

---

ETHAN LANGE,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1090

---

JANE MAY,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1091

---

HEATHER SCHIPANI,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1092

---

RAVI SHARMA,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1094

KEVIN NIXON,
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1095

_____

KRIS SCHUETTE-SCHNEIDER,
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1096

_____

LAUREN CERVANTES,
      Plaintiff,
v.
TESSELLATE, INC.,
      Defendant.

Case No. 1:22-cv-1098

_____

NAOMI KELLEY,
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-1100

_____

YUFENG JING,
      Plaintiff,
v.
IKA SYSTEMS CORPORATION,
      Defendant.

Case No. 1:22-cv-1104

_____

JAMES RUBY,
       Plaintiff,

v.

COMPWEST INSURANCE COMPANY,
     Defendant.

Case No. 1:23-cv-00701

---

SHAWNA TEVELDE,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
     Defendant.

Case No. 1:22-cv-1105

---

ANDREW DESPOTOVIC,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
     Defendant.

Case No. 1:22-cv-1109

---

ASIA MCFADDEN,
      Plaintiff,

v.

TESSELLATE, INC.,
     Defendant.

Case No. 1:22-cv-1110

---

IRMA O'BRIEN,
      Plaintiff,

v.

TESSELLATE, INC.,
     Defendant.

Case No. 1:22-cv-1113

---

MICHELLE RIESS,
      Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
     Defendant.

Case No. 1:22-cv-1119

JANAE CROCKETT,
      Plaintiff,
v.
COMPWEST INSURANCE COMPANY
      Defendant.

Case No. 1:24-cv-00192

TAMARA SONNENBERG,
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:23-cv-00199

KRISTI HALSTED,
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-00195

HOLLY HARRIS,
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:22-cv-00196

TANYA NELSON-WROZEK,
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

Case No. 1:23-cv-00200

DEBRA COOLMAN,
       Plaintiff,
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN, D/B/A BCBSM,
       Defendant.

Case No. 1:23-cv-00668

---

RAY DUNN,
       Plaintiff,
v.
COBX CO.,
       Defendant.

Case No. 1:23-cv-00671

---

PAIGE EASH,
       Plaintiff,
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN, D/B/A BCBSM,
       Defendant.

Case No. 1:23-cv-00669

---

CHRISTINA ENGMAN,
       Plaintiff,
v.
COBX CO.,
       Defendant.

Case No. 1:23-cv-00509

---

ANDREW HUBBARD,
       Plaintiff,
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN,
       Defendant.

Case No. 1:23-cv-00510

---

BRIAN TAYLOR,
       Plaintiff,
v.
COBX CO.,
       Defendant.

Case No. 1:23-cv-00511

WILLIAM AGEE,
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN, D/B/A
BCBSM,
      Defendant.

Case No. 1:23-cv-00658

---

BRYAN ANDERSON,
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN, D/B/A
BCBSM,
      Defendant.

Case No. 1:23-cv-00659

---

LISA BALLERINI,
      Plaintiff,
v.
COBX CO.,
      Defendant.

Case No. 1:23-cv-00661

---

KATHRYN BELLMER,
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN, D/B/A
BCBSM,
      Defendant.

Case No. 1:23-cv-00664

---

KAITLYN BOVERHOF,
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD
OF MICHIGAN,
      Defendant.

Case No. 1:23-cv-00665

---

ERIN CHUPA,
      Plaintiff,
v.
COBX CO.,
      Defendant.

Case No. 1:23-cv-00670

JESS HANNA,
     Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
     Defendant.

Case No. 1:23-cv-00677

---

GLORIA PIZZO,
     Plaintiff,

v.

TESSELLATE, LLC,
     Defendant.

Case No. 1:23-cv-00698

---

KIM HOWLETT,
     Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
     Defendant.

Case No. 1:23-cv-00679

---

RODNEISHA-DINEEN JOHNSON,
     Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
     Defendant.

Case No. 1:23-cv-00680

---

LAURA JONES,
     Plaintiff,

v.

COBX CO.,
     Defendant.

Case No. 1:23-cv-00682

---

MELANIE KARSTEN,                                    Case No. 1:23-cv-00689
     Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
     Defendant.

---

HOWARD KELLICUT,                                    Case No. 1:23-cv-00690
     Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
     Defendant.

---

ALICIA KOWALCZYK,                                   Case No. 1:23-cv-00691
     Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
     Defendant.

---

KARLA LOCKARD,                                      Case No. 1:23-cv-00693
     Plaintiff,

v.

COBX CO.,
     Defendant.

---

MICHELLE LOWDEN,                                    Case No. 1:23-cv-00695
     Plaintiff,

v.

ACCIDENT FUND INSURANCE
COMPANY,
     Defendant.

---

LYNNE SHEPHERD-VANSLEDRIGHT,                    Case No. 1:23-cv-00704
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

---

ROBIN SHEREN,                    Case No. 1:23-cv-00705
      Plaintiff,
v.
ACCIDENT FUND INSURANCE
COMPANY,
      Defendant.

---

JENNIFER SMITH,                    Case No. 1:23-cv-00706
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

---

RYAN VANDERSTELT,                    Case No. 1:23-cv-00708
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

---

RACHELLE VILLEGAS,                    Case No. 1:23-cv-00709
      Plaintiff,
v.
BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

KELLIE WASIELEWSKI,
      Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF
MICHIGAN, D/B/A BCBSM,
      Defendant.

Case No. 1:23-cv-00711

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It is hereby stipulated pursuant to Fed. R. Civ. P. 41(a), by and between counsel for Plaintiffs DOUGLAS BIESKE, ETHAN LANGE, JANE MAY, HEATHER SCHIPANI, RAVI SHARMA, KEVIN NIXON, KRIS SCHUETTE-SCHNEIDER, LAUREN CERVANTES, NAOMI KELLEY, YUFENG JING, JAMES RUBY, SHAWNA TEVELDE, ANDREW DESPOTOVIC, ASIA MCFADDEN, IRMA O'BRIEN, MICHELLE RIESS, JANAE CROCKETT, TAMARA SONNENBERG, KRISTI HALSTED, HOLLY HARRIS, TANYA NELSON-WROZEK, DEBRA COOLMAN, RAY DUNN, PAIGE EASH, CHRISTINA ENGMAN, ANDREW HUBBARD, BRIAN TAYLOR, WILLIAM AGEE, BRYAN ANDERSON, LISA BALLERINI, KATHRYN BELLMER, KAITLYN BOVERHOF, ERIN CHUPA, JESS HANNA, GLORIA PIZZO, KIM HOWLETT, RODNEISHA-DINEEN JOHNSON, LAURA JONES, MELANIE KARSTEN, HOWARD KELLICUT, ALICIA KOWALCZYK, KARLA LOCKARD, MICHELLE LOWDEN, LYNNE SHEPHERD-VANSLEDRIGHT, JENNIFER SMITH, RYAN VANDERSTELT, RACHELLE VILLEGAS, KELLIE WASIELEWSKI, and Defendants BLUE CROSS BLUE SHIELD OF MICHIGAN D/B/A BCBSM, ACCIDENT FUND INSURANCE COMPANY, TESSELLATE, INC., IKA SYSTEMS CORPORATION, COMPWEST INSURANCE COMPANY, COBX CO., to dismiss these actions with prejudice and that such dismissal will include all of the claims asserted, or which could have been asserted, by Plaintiffs and against Defendants in the above-captioned actions with prejudice and without interest, costs, or attorneys' fees to any party.

**IT IS HEREBY ORDERED** that Plaintiffs asserted claims, as well as any claims that Plaintiffs could have asserted, against Defendants in the above-captioned actions are hereby dismissed with prejudice and without interest, costs, or attorneys' fees to any party.

**IT IS SO ORDERED.**

Dated:  _____                          _____
                                                             Hon.  Jane M. Beckering

Stipulated to by:

| | |
|---|---|
| */s/ Noah S. Hurwitz* | */s/ Brandon C. Hubbard (w/consent)* |
| Noah S. Hurwitz (P74063) | Scott R. Knapp (P61041) |
| Grant M. Vlahopoulos (P85633) | Brandon C. Hubbard (P71085) |
| Brendan J. Childress (P85638) | Nolan J. Moody (P77959) |
| HURWITZ LAW PLLC | Maureen J. Moody (P85032) |
| *Attorneys for Plaintiffs* | Zachary L. Pelton (P85197) |
| 340 Beakes St., Suite 125 | Grant W. Hohlbein (P86319) |
| Ann Arbor, MI 48104 | *Attorneys for Defendants* |
| (844) 487-9489 | 123 W. Allegan Street, Suite 900 |
| noah@hurwitzlaw.com | Lansing, MI 48933 |
| grant@hurwitzlaw.com | (517) 371-1730 |
| brendan@hurwitzlaw.com | sknapp@dickinsonwright.com |
| | bhubbard@dickinsonwright.com |
| | nmoody@dickinsonwright.com |
| | mmoody@dickinsonwright.com |
| | zpelton@dickinsonwright.com |
| | ghohlbein@dickinsonwright.com |